IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 06-*10* |
| ) | |
| NICOLAS ESTRADA-DIAZ ) | |
| ) | |
| Defendant. ) | |

FILED FEB 7 2006 U.S. DISTRICT COURT DISTRICT OF DELAWARE

**PETITION FOR WRIT OF**
**HABEAS CORPUS AD PROSEQUENDUM**

Your Petitioner, the United States of America, by its attorneys, Colm Connolly, United States Attorney for the District of Delaware, and Ferris W. Wharton, Assistant United States Attorney for the District of Delaware, respectfully states:

1. On February 7, 2006, Nicolas Estrada-Diaz was indicted in the District of Delaware for Re-entry after Deportation, in violation of 8 U.S.C. § 1326(a) and (b)(2)

2. Nicolas Estrada-Diaz (d.o.b. 6/30/71) is currently detained at the York County Prison, 3400 Concord Road, York, Pennsylvania, 17402.

3. The defendant has not had an initial appearance in the District Court for the District of Delaware. A weekly schedule of Initial Appearances and Arraignments is scheduled for Thursday, March 2, 2006, at 1:00 p.m.

**WHEREFORE,** Petitioner prays that the Clerk of this Court be instructed to issue a Writ of Habeas Corpus Ad Prosequendum to the United States Marshal, District of Delaware, and to

the Warden for the York County Prison, 3400 Concord Road, York, Pennsylvania, 17402, to bring the said defendant Nicolas Estrada-Diaz before this Court on March 2, 2006, at 1:00 p.m. for an Initial Appearance and to detain said defendant in the custody of the U.S. Marshall Service after the Initial Appearance as this Court may direct.

COLM F. CONNOLLY
United States Attorney

By: _____
Ferris W. Wharton
Assistant United States Attorney

Dated: February 7, 2006

**IT IS SO ORDERED** this 7th day of Feb., 2006.

_____
The Honorable Mary Pat Thygne
United States Magistrate Judge

Gregory M. Sleet
U.S. Dist. Ct. Judge