IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br>NICOLAS ESTRADA-DIAZ,<br>    Defendant. | §<br>§<br>§   CRIMINAL ACTION NO. 06-10-UNA<br>§<br>§ |

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

TO: DAVID W. THOMAS, UNITED STATES MARSHAL, DISTRICT OF DELAWARE, WARDEN OF THE YORK COUNTY PRISON, YORK PENNSYLVANIA

GREETINGS:

    We command you that you do forthwith deliver and turn over to the United States Marshal for the District of Delaware, the body of the said **NICOLAS ESTRADA-DIAZ** who is now detained and imprisoned in the DELAWARE CORRECTIONAL CENTER, and who is a defendant in the above-entitled cause, in which cause the said **NICOLAS ESTRADA-DIAZ** was charged with a violation of of TITLE 8 U.S. CODE, SECTION 1326(a) and (b)(2) and is scheduled for an **INITIAL APPEARANCE ON MARCH 2, 2006 AT 1:00 PM**, and to remain in the custody of the U.S. Marshal as the court may direct.

    And have you then and there this writ.

    To the Marshal of the District of Delaware to execute.

WITNESS the Honorable Gregory M. Sleet, U.S. District Judge of the District Court of the United States for the District of Delaware. this 8th day of February 2006.

PETER T. DALLEO, CLERK

By: _____
    Deputy Clerk

CERTIFIED: 2/8/06
AS A TRUE COPY:
    ATTEST:
PETER T. DALLEO, CLERK
BY _____
    Deputy Clerk

FILED
FEB 10 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE