AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of     DELAWARE

UNITED STATES OF AMERICA

V.

NICOLAS ESTRADA-DIAZ

**WARRANT FOR ARREST**

Case Number: CR 06-10-UNA

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    NICOLAS ESTRADA-DIAZ
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

charging him or her with (brief description of offense)

REENTRY AFTER DEPORTATION

in violation of Title    8    United States Code, Section(s)    1326(a) and (b)(2)

PETER T. DALLEO
Name of Issuing Officer

BY: [signature] ; Deputy Clerk
Signature of Issuing Officer

CLERK OF COURT
Title of Issuing Officer

FILED

FEBRUARY 8, 2006 at WILMINGTON, DE
Date and Location

FEB 10 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED 02/09/2006 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 01/19/2006 | Ryan Morris, Deportation Officer | Ryan Morris |

AO 442    (Rev. 12/85) Warrant for Arrest

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____    WEIGHT: _____

SEX: _____    RACE: _____

HAIR: _____    EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____

_____