FILED IN OPEN COURT 2/13/06 KJK

UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,       )
                                )
            Plaintiff,          )
                                )
                                )    CASE NO. CR06-10-UNA
    vs.                         )
                                )
NICOLAS ESTRADA-DIAZ            )
                                )
                                )
            Defendant.          )

O R D E R

The defendant, upon entering a plea of not guilty to the Indictment on February 13, 2006 requested, through counsel, additional time to file pretrial motions. The Court having considered the request, it is **ORDERED** that the deadline for the defendant to file pretrial motions is extended until MARCH 23, 2006 The time between the date of this order and MARCH 23, 2006 shall be excludable under the Speedy Trial Act ( 18 U.S.C.3161,et seq.).

    Honorable Mary Pat Thynge
    U.S. Magistrate Judge

cc: Defense Counsel
    United States Attorney

FILED
FEB 13 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE