IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 06-10-JJF |
| | : | |
| NICOLAS ESTRADA-DIAZ, | : | |
| | : | |
| Defendant. | : | |

## SUBSTITUTION OF COUNSEL AND ENTRY OF APPEARANCE

**PLEASE** withdraw the appearance of Ferris W. Wharton, as attorney of record for the

United States, and enter the appearance of Christopher J. Burke, Assistant United States Attorney

for the District of Delaware, in the above-captioned case.


Respectfully submitted,

COLM F. CONNOLLY
United States Attorney


BY: _____/s/_____
       Christopher J. Burke
       Assistant United States Attorney
       Nemours Building, Suite 700
       1007 Orange Street
       P.O. Box 2046
       Wilmington, DE 19899-2046
       302-573-6277, x142

Dated: March 27, 2006

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,          :
                                   :
                  Plaintiff,       :
                                   :
        v.                         :       Criminal Action No. 06-10-JJF
                                   :
NICOLAS ESTRADA-DIAZ,              :
                                   :
                  Defendant.       :

## CERTIFICATE OF SERVICE

I, Christopher J. Burke, Assistant United States Attorney for the District of Delaware,

hereby certify that on the 27th day of March 2006, I caused to be electronically filed a

**Substitution of Counsel And Entry of Appearance** with the Clerk of the Court using CM/ECF.

Said document is available for viewing and downloading from CM/ECF.  I further certify that a

copy of the foregoing was delivered electronically via CM/ECF to counsel of record as follows:

Eleni Kousoulis, Esq.
Assistant Federal Public Defender
Federal Public Defender, District of Delaware
704 King Street, Suite 110
Wilmington, DE  19801

_____/s/_____
Christopher J. Burke
Assistant United States Attorney