IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,  : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Criminal Action No. 06-10-JJF |
| : | |
| : | |
| Nicolas Estrada-Diaz, : | |
| : | |
| Defendant. : | |

**<u>MOTION FOR CONTINUANCE OF CHANGE OF PLEA HEARING</u>**

Defendant Nicolas Estrada-Diaz, by and through his undersigned counsel, Eleni Kousoulis, hereby moves this Court for an order re-scheduling the change of plea hearing in this case. In support of the motion, the defense submits as follows:

1. A change of plea hearing is currently scheduled in the above-captioned matter for April 6, 2006, at 9:30 a.m.

2. Due to a personal conflict, defense counsel will not be available on April 6, 2006, and respectfully requests that the change of plea hearing be re-scheduled to another day.[1]

3. Assistant U.S. Attorney Christopher Burke, the attorney handling this case for the government, has no objection to the defense request for a continuance.

4. The defense agrees to waive any time, pursuant to the Speedy Trial Act, between now and the date of the re-scheduled hearing.

---

[1]Defense counsel is also not available Monday, April 10, 2006.

**WHEREFORE**, for these reasons and any other such reasons as shall appear to the Court, the defense respectfully requests that the Court re-schedule the change of plea hearing in this case.

                Respectfully Submitted,

                /s/
                Eleni Kousoulis, Esquire
                Assistant Federal Public Defender
                First Federal Plaza
                704 King Street, Suite 110
                Wilmington, Delaware  19801
                Attorney for Defendant Estrada-Diaz

Dated: April 4, 2006

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 06-10-JJF |
| | : | |
| | : | |
| NICOLAS ESTRADA-DIAZ, | : | |
| | : | |
| Defendant. | : | |

### CERTIFICATE OF SERVICE

Undersigned counsel certifies that a copy of Defendant's Motion for Continuance of Change of Plea Hearing is available for public viewing and downloading and was electronically delivered on April 4, 2006, to:

> Christopher Burke, Esquire
> Assistant U.S. Attorney
> 1007 Orange Street
> Suite 700, P.O. Box 2046
> Wilmington, DE  19899-2046

> /s/
> Eleni Kousoulis, Esquire
> Assistant Federal Public Defender
> 704 King St., Suite 110
> Wilmington, Delaware  19801
> Attorney for Defendant Estrada-Diaz

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 06-10-JJF |
| | : | |
| | : | |
| NICOLAS ESTRADA-DIAZ, | : | |
| | : | |
| Defendant. | : | |

### **ORDER**

Having considered Defendant's Motion for Continuance of the Change of Plea Hearing,

**IT IS HEREBY ORDERED** this _____ day of _____, 2006, that Defendant's change of plea hearing shall be scheduled on the _____ day of _____, 2006.

_____
Honorable Joseph J. Farnan, Jr.
United States District Court