IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 06-10-JJF |
| NICOLAS ESTRADA-DIAZ, | : |
| Defendant. | : |

### ORDER

Having considered Defendant's Motion for Continuance of the Change of Plea Hearing,

**IT IS HEREBY ORDERED** this __4__ day of __April__, 2006, that Defendant's change of plea hearing shall be scheduled on the __13__ day of __April__, 2006. at 10:00 am

_____
Honorable Joseph J. Farnan, Jr.
United States District Court