SCCF Nicolas Estrada-Diaz
125 Cemetary Road
Woodstown, NJ 08098

MAILED FROM
SALEM COUNTY
CORRECTIONAL FACILITY

SOUTH JERSEY NJ 080
31 MAY 2006 PM 4 L

...y Correctional Facility
...s Is A County Institution
The ...essor Is An Inmate
Salem County Is Not Responsible
For Debts Incurred By This Inmate

Honorable Judge Joseph J. Farnan, Jr.
United States District Court
844 N. King Street
Wilmington, Delaware, 19801

USA 37

SCF Nicolas Estrada-Diaz
25 Cemetary Road
Woodstown, NJ 08098

MAILED FROM
SALEM COUNTY
CORRECTIONAL FACILITY

South Jersey NJ 080
31 MAY 2006 PM 4 L

...y Correctional Facility
...s Is A County Institution
The Aggressor Is An Inmate
Salem County Is Not Responsible
For Debts Incurred By This Inmate

Honorable Judge Joseph J. Farnan, Jr.
United States District Court
844 N. King Street
Wilmington, Delaware, 19801

Nicolas Estrada-Diaz
125 Cemetary Road
Woodstown, NJ 08098

May 30, 2006

Honorable Judge Joseph J. Farnan, Jr.
United States District Court
844 N. King Street
Wilmington, Delaware, 19801



Dear Judge Farnan:

Please accept this letter as the brief on behalf of myself, the purpose of this letter ("Motion for Extencion of Time") is, I would appreciate, if the Court may postpone my sentence for 90 Days.

The reason for this request because I am trying to vacate my prior deportation and conviction ("In a Immigration Court in the State of Pennsylvania"). Whereas my prior conviction; has placed a tremendous burden to my instant offence (such as the Federal Criminal Charges for Re-Entry) hence, I am making every effort to resolve my legal problems in a satisfactory way.

Wherefore, I am requesting this Honorable Court to Grant the letter motion (FOR EXTENSION OF TIME), for 90 DAYS, "Pertaining to the outcome of the relif from the State of Delaware".

Kindly Contact me upon recipt of this letter. I look forward to hearing from you.

Sincerely,

Nicolas Estrada

Nicolas Estrada Diaz