# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

CHAMBERS OF
JOSEPH J. FARNAN, JR.
JUDGE

LOCKBOX 27
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801

June 2, 2006

Christopher J. Burke, Esquire
Assistant United States Attorney
United States Attorney's Office
1201 Market Street
Suite 1100
P.O. Box 2046
Wilmington, DE 19899

Eleni Kousoulis, Esquire
Assistant Federal Public Defender
Federal Public Defender's Office
First Federal Plaza, Suite 110
704 King Street
Wilmington, DE 19801

        RE:    United States v. Nicolas Estrada-Diaz
                 Criminal Action No. 06-10 JJF

Dear Counsel:

       The Court understands you have received Mr. Diaz's May 30, 2006 letter.

       Please advise the Court of your position concerning Defendant's request no later than June 10, 2006.

       Sincerely,

       JOSEPH J. FARNAN, JR.

JJFjr:afb

cc:  Nicolas Estrada-Diaz
      Clerk, U.S. District Court