IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 06-10-JJF |
| NICOLAS ESTRADA-DIAZ, | : | |
| Defendant. | : | |

**MOTION FOR CONTINUANCE OF SENTENCING**

Defendant, Nicolas Estrada-Diaz, by and through his undersigned counsel, Eleni Kousoulis, hereby moves the Court for an order continuing the sentencing hearing in this case. In support of the motion, the defense submits as follows:

1. Mr. Estrada-Diaz is scheduled for sentencing on July 13, 2006 at 11:00 a.m.

2. Mr. Estrada-Diaz is in the process of attempting to vacate his prior deportation and respectfully requests a continuation of his sentencing date to allow him the opportunity to do this. Mr. Estrada-Diaz respectfully requests a 90 day continuance of his sentencing for this purpose.

3. AUSA Christopher Burke will be filing a separate motion stating the government's position with regard to this continuance request.

4. USPO Walter Matthews does not oppose this request for a continuance.

WHEREFORE, Mr. Estrada-Diaz respectfully requests that the Court continue the sentencing hearing in this matter for 90 days.

Respectfully Submitted,

/s/
Eleni Kousoulis, Esquire
Assistant Federal Public Defender
704 King Street, Suite 110
Wilmington, Delaware 19801
Attorney for Defendant Estrada-Diaz

DATED:   June 9, 2006

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 06-10-JJF |
| | : | |
| NICOLAS ESTRADA-DIAZ, | : | |
| | : | |
| Defendant. | : | |

## CERTIFICATE OF SERVICE

The undersigned attorney for defendant Nicolas Estrada-Diaz hereby certifies that a copy of Defendant's Motion for Continuance of Sentencing is available for public viewing and downloading and was electronically delivered on June 9, 2006, to:

Christopher Burke, Esquire
Assistant U.S. Attorney
1007 Orange Street
Suite 700, P.O. Box 2046
Wilmington, DE   19899-2046

The undersigned attorney further certifies that on June 9, 2006, a copy of the attached Motion for Continuance of Sentencing was placed in a box in the United States District Court of the District of Delaware addressed to the following person:

Walter Matthews
U. S. Probation Officer
Suite 400, 824 Market Street
Wilmington, DE 19801-3588

/s/
Eleni Kousoulis, Esquire
Assistant Federal Public Defender
704 King Street, Suite 110
Wilmington, Delaware   19801
Attorney for Defendant Estrada-Diaz

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 06-10-JJF |
| | : | |
| | : | |
| NICOLAS ESTRADA-DIAZ, | : | |
| | : | |
| Defendant. | : | |

## **ORDER**

In response to Mr. Estrada-Diaz's Motion for Continuance of Sentencing, this Court HEREBY ORDERS on this _____ day of _____, 2006, that Defendant's sentencing hearing be re-scheduled for the _____ day of _____, 2006 at _____ a.m./p.m.

_____
The Honorable Joseph J. Farnan
United States District Court