

U.S. Department of Justice

*United States Attorney's Office*
*District of Delaware*

---

*Nemours Building*  
*1007 Orange Street, Suite 700*  
*P.O. Box 2046*  
*Wilmington, Delaware 19899-2046*

*(302) 573-6277*  
*FAX (302) 573-6220*

June 9, 2006

**VIA ELECTRONIC FILING**

The Honorable Joseph J. Farnan, Jr.
United States District Judge
District of Delaware
U.S. Courthouse
844 King Street
Wilmington, DE 19801

    Re:    **United States v. Nicolas Estrada-Diaz**
            **Criminal Action No. 06-10-JJF**

Dear Judge Farnan:

    This letter is in response to the defendant's recent letter to the Court, dated May 30, 2006, in which the defendant sought a 90-day extension of the sentencing hearing in the above-referenced case. Although the defendant filed his request *pro se*, in light of the fact that defendant's counsel has now also filed a separate motion seeking the continuance, the Government does not object to the request.

                                   Respectfully submitted,

                                   COLM F. CONNOLLY
                                   United States Attorney

                     BY:         /s/
                               Christopher J. Burke
                               Assistant United States Attorney

Enclosure

cc:    Eleni Kousoulis, Esq.
       Walter Matthews, United States Probation Officer
       The Clerk of the Court