IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 06-10-JJF |
| NICOLAS ESTRADA-DIAZ, | : | |
| Defendant. | : | |

**ORDER**

In response to Mr. Estrada-Diaz's Motion for Continuance of Sentencing, this Court HEREBY ORDERS on this _13_ day of _June_, 2006, that Defendant's sentencing hearing be re-scheduled for the _20_ day of _November_, 2006 at _11:00_ a.m./~~p.m.~~

_____
The Honorable Joseph J. Farnan Jr.
United States District Court