Nicolas Estrada-Diaz
Criminal Action no. 06-10
Salem Cemetery Road
Woodstown, New Jersey 08098




RECEIVED
JUL 25 2006

In The United States District Court
For The District of Delaware

United States of America.
          vs.                    :    Criminal Action no. 06-10-UNA
Nicolas Estrada-Diaz            :

Motion to Dismiss The Indictment
With Memorandum of Support

Pursuant to the Federal Rules of Criminal Procedures Annotated, Defendant, Nicolas Estrada-Diaz (hereinafter Defendant), through Pro se, to wit, submits this Motion to Dismiss the Indictment with Memorandum of Support, and in support thereof Avers As Follows:

1. On or about January 19, 2006, in the State and District of Delaware, defendant herein, An Alien and subject of Mexico, who had been Arrested and Deported from the United States on or about June 4, 2002, following his conviction for An Aggravated Felony, was Found in the United States

2. The Defendant was Knowingly, in the United States unlawfully, and Prior to the defendant's Re-Embankation at a place outside the United States.

3. Therefore, neither the Attorney General nor the Undersecretary For Borden and Transportation Security of the Department of Homeland Security had expressly consented to the defendant's re application For Admission, in violation of 8 United States Code. Section 1326(a) and (b)(2).

<u>Weight of The Evidence</u>

4.    In the case at bar, the United States of America has made an Constitutional Ruling on Probable Cause, the United States Department of Homeland Security Immigration and Customs Enforcement Affidavit. "Please see Exhibit "A".

5. It has been demonstrated that, the Arresting officers in this case did have Probable Cause, and the defendant <u>conceded</u> to the Affidavit. "Please see Exhibit "A".

6. On June 4, 2001, the U.S. Department Justice of Immigration and Naturalization Service Remit a copy of the Memorandum to the Defendant stating that he is a Lawful Permanent Resident of the United States. (Please see Exhibit b and c)

7. The Defendant Motion has a lot of meritless issues and neither be Addressed. However, the Court has discretion not to entertain this memorandum.

Wherefore, For these Reasons As shall appear to the Court, the defendant Respectfully request that this Court, in the interest of Justice to Grant the motion to dismiss the indictment.

Respectfully Submitted

Nicolas Estrada Jr

DATED: July 21, 2006

Foot note:

Permanent- Remain, lasting on intended to last indefinitely on For a long time; "Webster New World Dictionary"; Second Edition

-3-

06/16/2006 FRI 11:46 FAX ███████ canon                    ☒002/004

# United States Department of Homeland Security
## Immigration and Customs Enforcement
## AFFIDAVIT

In RE: ESTRADA, Nicolas _____    File Number: A90 677 360

My true and correct name is, ESTRADA-DIAZ, Nicolas .

I was born on January 5, 1969 in the Country of Mexico .

I am a citizen of Mexico .

I last entered the United States through Near Phoenix, AZ on an unknown date in March in 2004
without being inspected by an Immigration Officer.

I have not applied for nor received any document issued by Immigration and Customs
Enforcement that permitted me to enter, live or work in the United States.

I have had the above statement read and explained to me in the Spanish language on

January 19, 2006 , at the Philadelphia District Office.

xNicolas                           xNicolas
_____                    _____
Print Name                         Signature

Ryan Morris                        Ryan Morris
_____                    _____
Witness                            Signature

Jose Alicea                        _____
_____                    Signature
Translator

Exhibit "A"

0139



U.S. Department 'tice
Imm' 'tion and Nat. .ûization Service

Vermont Service Center
75 Lower Welden Street
St. Albans, VT  05479-0001

JUN 04 2001

MEMORANDUM FOR:   ADD/PHS

FROM:                      Paul E. Novak, Jr.
                                Center Director

SUBJECT:                ESTRADA-DIAZ, Nicolas

The subject has filed the attached Form I-90.  A search of CIS reveals that he is a lawful permanent resident of the United States.

This office previously requested the Administrative File A90677360() for the subject.  To date, we have not received the file. Without it, we are unable to adjudicate this application.

Please review your local records to determine the applicant's present status and take appropriate action on the attached I-90 application. Should you find that the I-90 can be approved, please return the file (and A-file, if possible) to this office along with a memo detailing your findings.  Please address the memo to: IF143F .  We will then resume production of an I-551 for the subject.

Attachment(s): File #EAC-0106851404

*Exhibit "B"*

*The Vermont Service Center, through teamwork,*
*continuous pri                              ial development,*
*will produc            0029            f high quality*
*which will promo                      iplovee self-esteem*

U.S. Department of Justice
Immigration and Naturalization Service

OMB # 1115-0004

**Form I-90, Application to Replace Permanent Resident Card**

## START HERE - Please Type or Print

### Part 1.  Information about you.

| Family Name | Estrada-Diaz | Given Name | Nicolas | Middle Initial | _ |
|---|---|---|---|---|---|

U.S. Mailing Address - C/O

| Street Number and Name | P.O. Box 472 | Apt. # | - |
|---|---|---|---|

City  Toughkenamon

| State | Pennsylvania | ZIP Code | 19374 |
|---|---|---|---|

| Date of Birth (Month/Day/Year) | /71 | Country of Birth | MEXICO |
|---|---|---|---|

| Social Security # | | A # | A090677360 |
|---|---|---|---|

### Part 2. Application Type.

1. My status is: (check one)
   a. ☒ Permanent Resident - (Not a Commuter)
   b. ☐ Permanent Resident - (Commuter)
   c. ☐ Conditional Permanent Resident

2. Reason for application: (check one)
   I am a Permanent Resident or Conditional Permanent Resident and:
   a. ☒ my card was lost, stolen, or destroyed. I have attached a copy of an identity document.
   b. ☐ my authorized card was never received. I have attached a copy of an identity document.
   c. ☐ my card is mutilated. I have attached the mutilated card.
   d. ☐ my card was issued with incorrect information because of INS administrative error. I have attached the incorrect card and evidence of the correct information.
   e. ☐ my name or other biographic information has changed since the card was issued. I have attached my present card and evidence of the new information.

   I am a Permanent Resident and:
   f. ☐ my present card has an expiration date and it is expiring.
   g. ☐ I have reached my 14th birthday since my card was issued. I have attached my present card.
   h.1. ☐ I have taken up Commuter status. I have attached my present card and evidence of my foreign residence.
   h.2. ☐ I was a Commuter and am now taking up residence in the U.S. I have attached my present card and evidence of my residence in the U.S.
   i. ☐ my status has been automatically converted to permanent resident. I have attached my Temporary Status Document.
   j. ☐ I have an old edition of the card.

### Part 3. Processing Information.

| Mother's First Name | Teresa | Father's First Name | Lorenzo |
|---|---|---|---|

| City of Residence where you applied for an Immigrant Visa or Adjustment of Status | Kennett Square | Consulate where Immigrant Visa was issued or INS office where status was Adjusted | Lima |
|---|---|---|---|

| City/Town/Village of Birth | Moroleon | Date of Admission as an immigrant or Adjustment of Status | 12 - 01 - 90 |
|---|---|---|---|

Contin

Exhibit E

0030

### FOR INS USE ONLY

| Returned | Receipt |
|---|---|
| | Dec 13/00 002#56414 2510 |

Resubmitted

I-90            $110.00

EAC-01-068-51404 EACMJT01

12/28/2000

Reloc Sent

Reloc Rec'd

☐ Applicant Interviewed

m plu
Status as 526 Verified by N M K
12/1/90

Class _____ Initials _____

FD-258 forwarded on _____

I-89 forwarded on _____

I-551 seen and returned _____
(Initials)

Photocopy of I-551 verified _____
(Initials)

Name _____ Date _____
Sticker# _____
(ten-digit number)

Actior

**To Be Completed by Attorney or Representative, if any**

☐ Fill in box if G-28 is attached to represent the applicant

VOLAG# _____

ATTY State License # _____

Form I-90 (Rev. 10/08/99)N

Diaz
?hmal Facility
?098

OM
JNTY
FACILITY

SOUTH JERSEY NJ 080
24 JUL 2006 PM 2 L

U.S.M.S.
X-RAY

United States District Court
for The District of Delaware
The Honorable Joseph J. Farnan Jr.
844 North King Street
Wilmington, Delaware 19801