Nicolas Estrada-Diaz
Reg# 0502-015
Salem Correctional Facility
125 Cemetery Road
Woodstown, NJ 08098





August 7, 2006

United States Courts
Honorable Joseph J. Farnan Jr.
U.S. District Judge
844 King Street
Federal Building, Lock Box # 39
Wilmington, Delaware 19801-3588

In RE: 06CR00010-001 (JJF)

Your Honor:

This is a follow-up letter pertaining to the petition that was filed on July 28, 2002. {"Motion to dismiss Indictment"}, the defendant believes that he is a permanent resident of the United States. However, "we" believe that it is not a nonfrivolous issue rather than caliber issue.

-1-

Please examine all exhibits such as, Exhibit "A", U.S. Department of Justice. He's neither is a lawful permanent resident of the United States. Exhibit "B", and Exhibit "C".

Wherefore, the defendant prays to the Court for relief herein.

Respectfully submitted
Nicolas Estrada D
Nicolas Estrada. Diaz



U.S. Department ~~~ ~tice
Immigration and Naturalization Service

Vermont Service Center
75 Lower Welden Street
St. Albans, VT 05479-0001

JUN 04 2001

MEMORANDUM FOR:    ADD/PHS

FROM:              Paul E. Novak, Jr.
                   Center Director

SUBJECT:           ESTRADA-DIAZ, Nicolas

The subject has filed the attached Form I-90. A search of CIS reveals that he is a lawful permanent resident of the United States.

This office previously requested the Administrative File A90677360() for the subject. To date, we have not received the file. Without it, we are unable to adjudicate this application.

Please review your local records to determine the applicant's present status and take appropriate action on the attached I-90 application. Should you find that the I-90 can be approved, please return the file (and A-file, if possible) to this office along with a memo detailing your findings. Please address the memo to: IF143F. We will then resume production of an I-551 for the subject.

Attachment(s): File #EAC-0106851404

Exhibit
"A"

The Vermont Service Center, through teamwork,
continuous pr~       ~al development,
will produc~        f high quality
which will promo~    

0029

U.S. Department of Justice
Immigration and Naturalization Service

**Form I-90, Application to Replace Permanent Resident Card**

OMB #1115-0004

START HERE - Please Type or Print

## Part 1. Information about you.

Family Name: Estrada-Diaz
Given Name: Nicolas
Middle Initial: —

U.S. Mailing Address - C/O:

Street Number and Name:
Apt. #: —

City: Toughkenamon
State: Pennsylvania
ZIP Code: 19374

Date of Birth (Month/Day/Year): 6/30/71
Country of Birth: MEXICO

Social Security #: ·1565
A#: A090677360

**FOR INS USE ONLY**

Returned:
Receipt: Dec 13/00  002#56414  2510
Resubmitted: I-90  $110.00
Reloc Sent:
Reloc Rec'd:
☐ Applicant Interviewed

Status as 526  Verified by A.M.K.
Class ____ Initials ____
FD-258 forwarded on ____
I-89 forwarded on ____
I-551 seen and returned ____ (Initials)
Photocopy of I-551 verified ____ (Initials)
Name Sticker # ____  Date ____
(ten-digit number)
Action

12/28/2000
EAC-01-068-51404
12/1/90

## Part 2. Application Type.

1. My status is: (check one)
   a. ☒ Permanent Resident - (Not a Commuter)
   b. ☐ Permanent Resident - (Commuter)
   c. ☐ Conditional Permanent Resident

2. Reason for application: (check one)
   I am a Permanent Resident or Conditional Permanent Resident and:
   a. ☒ my card was lost, stolen, or destroyed. I have attached a copy of an identity document.
   b. ☐ my authorized card was never received. I have attached a copy of an identity document.
   c. ☐ my card is mutilated. I have attached the mutilated card.
   d. ☐ my card was issued with incorrect information because of INS administrative error. I have attached the incorrect card and evidence of the correct information.
   e. ☐ my name or other biographic information has changed since the card was issued. I have attached my present card and evidence of the new information.

   I am a Permanent Resident and:
   f. ☐ my present card has an expiration date and it is expiring.
   g. ☐ I have reached my 14th birthday since my card was issued. I have attached my present card.
   h.1. ☐ I have taken up Commuter status. I have attached my present card and evidence of my foreign residence.
   h.2. ☐ I was a Commuter and am now taking up residence in the U.S. I have attached my present card and evidence of my residence in the U.S.
   i. ☐ my status has been automatically converted to permanent resident. I have attached my Temporary Status Document.
   j. ☐ I have an old edition of the card.

## Part 3. Processing Information.

Mother's First Name: Teresa
Father's First Name: Lorenzo

City of Residence where you applied for an Immigrant Visa or Adjustment of Status: Kennett Square

Consulate where Immigrant Visa was issued or INS office where status was Adjusted: Lima

City/Town/Village of Birth: Moroleon

Date of Admission as an immigrant or Adjustment of Status: 12-01-90

To Be Completed by Attorney or Representative, if any
☐ Fill in box if G-28 is attached to represent the applicant
VOLAG#
ATTY State License #

Contin...

0030  Exhibit B

Form I-90 (Rev. 10/08/99)N

**U.S. Department of Justice**
Immigration and Naturalization Service (INS)

**Application by Lawful Permanent Resident for New Alien Registration Receipt Card**

OMB#1115-0004

**DO NOT WRITE IN THIS BLOCK.**

| Case ID# | Action Stamp | Fee Stamp |
|---|---|---|
| A# | Approved 12/28/91 | XPC920130233 LPA |
| G-28 or Volag# | | TCW 10-28-91 |
| F/P to FBI ____ (Date) | | Status Verified ☐ CIS  ☐ A File  ☐ I-151/I-551  ☐ Other (Specify) |
| I-89 to TFC ____ (Date) | | By ____ on ____ Class ____ |

1. Name (Family name in CAPS) (First) (Middle): **ESTRADA-DIAZ, Nicolas**
2. Address (Number and Street) (Apartment Number):
   (Town or City) (State/Country) (ZIP/Postal Code): **Landerberg  PA  19350**
3. Place of Birth (Town or City) (State/Country): **Guanajuato  Mexico**
4. Date of Birth (Mo/Day/Yr): **6/30/71**
5. Sex: ☒ Male ☐ Female
6. Name used when admitted as permanent resident (if different from 1.): **N/A**
7. Social Security Number: **1565**
8. Alien Registration Number (if any): **A90677360**
9. Country of Citizenship: **Mexico**
10. Your Mother's First Name: **Teresa (Diaz)**
11. Your Father's First Name: **Lorenzo (Estrada)**

12. The city you lived in when you applied for your immigrant visa or for adjustment of status: **Landerberg PA.**
13. Your destination (city and state) in the U.S. at the time of your original admission: **Pennsylvania**
14. The consulate where your immigrant visa was issued or the INS office where your status was adjusted to permanent resident: **Delaware Co. Penna**
15. Your port of admission to the U.S. if you entered with an immigrant visa: **Nogales**
16. The date you were admitted or adjusted to permanent resident status: **9/2/88**
17. List the date of all your absences from the U.S. lasting one year or longer since you became a permanent resident: **None**

18. Reason for new card (if you check a or b, you must pay $35.00 to file this form.)
   a. ☐ My alien registration receipt card was lost, stolen, destroyed, or mutilated. Explain how the card was lost, stolen, destroyed, or mutilated. (Attach the remainder of the card, if it exists.)
   b. ☐ My name has been changed. (Attach the decree of the court or the marriage certificate and your old card.)
   c. ☐ I am required to be registered and fingerprinted after my 14th birthday. (Attach your old card. You MUST use the fingerprint card Form FD-258, which you can get from any U.S. Consular or INS office.)
   d. ☐ I am an alien commuter taking up permanent residence in the U.S. (Attach your old card.)
   e. ☒ I received an incorrect card. (Attach your old card and explain what is wrong with it.)
   f. ☐ I never received my card.
   g. ☒ Other (Explain) **New Card  SAW**

**Penalties:** You may, by law, be fined up to $10,000 or imprisoned up to five years, or both, for knowingly and willfully falsifying or concealing a material fact or using any false document in submitting this application.

**Your Certification:** I certify, under penalty of perjury of the law of the United States of America, that the above information is true and correct. Furthermore, I authorize the release of any information from my records which the Immigration and Naturalization Service needs to determine if I am eligible for the benefit that I am seeking.

Signature: **Nicolas Estrada Diaz**   Date: **12/20/90**   Phone Number: **(215) 444-0729**

**Signature of Person Preparing Form is Other than Above**
I declare that I prepared this document at the request of the person above and that it is based on all information of which I have any knowledge.

**Anna R. Brigg  P.O. Bx 333  Sadsburyville PA 19369**   (Signature) **Anna R. Brigg**   (Date) **12/20/90**

| G-28 ID Number | INITIAL RECEIPT | RESUBMITTED | RELOCATED | COMPLETED |
|---|---|---|---|---|
| Volag. Number | | Exhibit 0115 C | Rec'd  Sent | Denied  Approved  Returned |



SCCF NICOLAS ESTRADA-DIAZ
Reg# 8502-015
125 Cemetery Road
Woolstown, NJ 08098

S.M.S.
(-RAY)

SOUTH JERSEY NJ 080
07 AUG 2006 PM 1 T

Honorable Joseph J. Farnan Jr.
U.S. District Judge
844 N. King st.
Wilmington, DE. 19801

19801+3519