Nicolas Estrada Diaz
125 Cemetary Road
Woodstown, N.J. 08098


RECEIVED
AUG 29 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE.

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| Vs. | ) CASE NO. CR 06-10-UNA |
| Nicolas Estrada Diaz, | ) |
| Defendant; | ) |

MOTION FOR OBJECTION OF THE PRESENTENCE
INVESTIGATION REPORT

Pursuant to the United States Sentencing Guidelines, Defendant, Nicolas Estrada Diaz (hereinafter Defendant), through pro se, to wit, submits this motion for Objections of the Presentence Investigation Report, and in support there of avers as follows:

1.- On January 19, 2006, a special agent from Imigration and Customs Enforcemen swore a Criminal Complaint, before United States Magistrate Judge Mary Pat Thynge, Charging Nicolas Estrada Diaz with illegal Reentry into the United States

2.- The Presentence Investigation Report, Paragraph 18; states that the

-1-

U.S.S.G. 2L1.2 (b)(1)(B) provides for an Twelve level increase if the defendant was deported subsequent to a conviction that is an aggravated felony.

3.- Pursuant to the U.S.S.G. 2L1.2 (b)(1)(B). The correct language states, <u>if the defendant previously was deported</u>, or unlawfully remained in the United States, AFTER, (B). A conviction for an aggravated felony, increase by twelve levels.

Indeed, the defendant was deported by an aggravated felony on June 7, 2002, the dendant was found in the United States unlawfully on or about January 19, 2006, he was arrested and charge with re-enter No otherwise another crime showing that under U.S.S.G. 2L12(b)(1)(B) Paragraph (B) the defendant shall no be imposed with the twelve levels. Wherefore, in the interest of Justice, please grant this motion.

Respectfully Submitted
Nicolas Estrada
Nicolas Estrada Diaz

-2-



SOUTH JERSEY NJ 080
28 AUG 2006 PM 2 L
U.S.M. X-RAY

Honorable Judge Farnan
844 King St.
Wilmington, DE. 19801-3588

Nicolas Estrada Diaz
125 Cemetery Road
Woodstown NJ, 08098