Nicolas Estrada-Diaz,
SCCF 125 Cemetary Road
Woodstown, New Jersey 08098

In the United States District Court
For the District of Delaware

United States of America,
    Plaintiff,

Vs.
Nicolas Estrada Diaz,
    Defendant,

Criminal Act. No. 06-10-JJF

Defendat, Nicolas Estrada Diaz, (hereinafter defendant), through pro se, to wi submits the following letter in response of the petition from the Assistant United States Attorney Mr. Christopher J. Burke, to not consider or deny it my motion to Dismiss the Indictment.

Scanned- BP 9/18/06

FILED
SEP 18 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

In Support there of Avers as follows:

1.- By the light of the fact that the Defendant is in the process of attempting to vacate his prior deportation where the Government data base revealed that the defendant is a lawful permanet resident of the United States, the Defendant Concedes to the United States of America that his motions/letter does not have any meritorious issues, and the defendant is apologizing to the Honorable Court, and to the Government for this awful mistake.

However, the defendant will petition the Immigration Court at 3400 Concord Road, York, Pa. 17402, for complete Due process in this manner

— 1 —

Wherefore, the Defendant Respectfully Acknowledges the fact that the Court will denys the submitted motion for dismissal of indictment on the request of the United States Attorney.

Respectfully Submitted

NICOLAS ESTRADA

Nicolas Estrada Diaz

Dated: September 11, 2006

CC: Eleni Kousoulis, Esq.
FEDERAL PUBLIC DEFENDER
DISTRIC OF DELAWARE
FIRST FEDERAL PLAZA
704 KING STREET, SUITE 110
WILMINGTON, DE 19801

*Sherry L. Kent*
SHERRY L. KENT
Notary Public of New Jersey
My Commission Expires June 27, 2010

-2-

Nicolas Estrada Diaz
125 Cemetary Road
Woodstown, New Jersey 08098

September 13, 2006

Ms. Eleni Kousoulis, Esq.
FEDERAL PUBLIC DEFENDER
FIRST FEDERAL PLAZA
704 KING STREET, SUITE 110
WILMINGTON, DE 19801

Re: UNITED STATES v. NICOLAS ESTRADA DIAZ  CRIMINAL ACTION No. 06-10-JJF

Dear Kousoulis:

    Enclosed please find the original letter in responce of the petition from the Assistant U.S. Attorney Mr. Christopher J. Burke.

Thus, if is possible, I would like for you to submit a petition on my behalf of the awful mistake, that I commited to the Honorable Court And to the U.S. Attorney Office.

Also, I enclose a copy of the motion that I had send it to the Immigration Court.

Sincerely,

NICOLAS ESTRADA
Nicolas Estrada Diaz

CC: Court Clerk
    FEDERAL DISTRICT COURT
    844 N. KING Street
    LOCK BOX. 18
    WILMINGTON, DE 19801

SCCF Nicolas Estrada Diaz
125 Cemetery Road
Woodstown, NJ 08098

MAILED FROM
SALEM COUNTY
CORRECTIONAL FACILITY

SOUTH JERSEY NJ 080
16 SEP 2006 PM 5 L

Federal District Court
Court Clerk
844 N. King Street
Lock Box. 18
Wilmington, D.E. 19801

Salem County Correctional Facility
This Address Is A County Institution
The Addressor Is An Inmate
Salem County Is Not Responsible
For Debts Incurred By